IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA        :
                                :
            v.                  :        1:14CR414-1
                                :
DONALD RAY MORGAN               :

The United States Attorney charges:

1.    At all times relevant to this Information: On October 15,
2004, the United States Secretary of State designated al-Qa'ida in
Iraq ("AQI"), then known as Jam'at al Tawhib wa'al-Jihad, as a Foreign
Terrorist Organization ("FTO") under Section 219 of the Immigration
and Nationality Act and as a Specially Designated Global Terrorist
entity under Section 1(b) of Executive Order 13224. On May 15, 2014,
the Secretary of State amended the designation of AQI as a FTO under
Section 219 of the Immigration and Nationality Act and as a Specially
Designated Global Terrorist entity under Section 1(b) of Executive
Order 13224 to add the alias "Islamic State of Iraq and the Levant"
("ISIL") as its primary name. The Secretary also added the following
aliases to the ISIL listing: the Islamic State of Iraq and al-Sham
("ISIS"), the Islamic State of Iraq and Syria ("ISIS"), ad-Dawla
al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and

Al-Furqan Establishment for Media Production. ISIL and ISIS remain a designated FTO throughout the dates of the Information.

2. The information contained within Paragraph One is hereby re-alleged and incorporated by reference as though fully set forth herein.

Beginning no later than on or about January 22, 2014, and continuing until on or about August 2, 2014, the exact dates unknown, in the County of Rowan, in the Middle District of North Carolina, and elsewhere, DONALD RAY MORGAN, a United States citizen, did knowingly attempt to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b), that is, personnel (including himself), to the foreign terrorist organization al-Qa'ida in Iraq, also known as Islamic State of Iraq and the Levant ("ISIL") and Islamic State of Iraq and al-Sham ("ISIS"), knowing that the organization was a designated terrorist organization, and knowing that the organization had engaged in and was engaging in terrorist activity as that term is defined in Title 8, United States Code, Section 1182(a)(3)(B), and knowing that the organization had engaged in and was engaging in terrorism as that

term is defined in Title 22, United States Code, Section 2656f(d)(2),

and the offense occurred in whole or in part within the United States.

All in violation of Title 18, United States Code, Section 2339B.

GRAHAM T. GREEN
ASSISTANT UNITED STATES ATTORNEY

RIPLEY RAND
UNITED STATES ATTORNEY

3