IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
NO.
1:14-cr-194-1
1:14-cr-414-1

UNITED STATES OF AMERICA )
    Plaintiff )
)
v. )
)
DONALD RAY MORGAN )
    Defendant )

MOTION TO PROVIDE DISCOVERY

Now comes Defendant, Donald Ray Morgan, Pro Se, and MOVES Court to compel Richard A. McCoppin, lead attorney assigned to Defendant in initial proceedings, to turn over the case file and discovery to the Defendant at: Donald Morgan 80886-053 USP Marion P.O. Box 1000 Marion, IL 62959 within thirty (30) days.

As a basis for this motion, the Defendant states the following:

1. Defendant made his request by certified mail to Richard A. McCoppin on 22 November 2016 to which he refused to provide the case file and discovery. (See Ex.1)

2. Defendant has a 2255 Motion to Vacate before the Court (1:14cr194-1, Docket Entry 33; 1:14cr414-1, Docket Entry 23) and needs access to the case file and discovery which is necessary to prepare motions and a defense.

3. Defendant is NOT requesting CIPA material.

WHEREFORE, the defendant asks the Court to compel Richard A. McCoppin to forward the case file and discovery materials to him within thirty (30) days.

Respectfully submitted this __1__ day of __December__, 20__20__.

*Donald Ray Morgan*
Donald Ray Morgan
USMS 80886-053
USP Marion
P.O. Box 1000
Marion, IL 62959

CERTIFICATE OF SERVICE

I hereby certify that this motion to produce discovery was mailed to the Clerk of the Court for the Middle District of North Carolina and Attorney Richard A. McCoppin 1st class postage prepaid this __2__ day of __December__, 20__20__.

*Donald Ray Morgan*
Donald Ray Morgan

7016 2070 0001 1232 8347

DONALD R. MORGAN
P.O. Box 5000, Bruceton Mills, WV. 26525

22 November 2016

McCoppin & Associates
Attn: Andrew McCoppin
1250 S.E. Maynard Road
Suite 202
Cary, NC. 27511

RE: Document Request in Case No. 1:14-cr-00414-1

Dear Mr. McCoppin,

On 26 October 2016 at 5:17pm, your office received my USPS Certified Mail letter (7015 3430 0000 2047 2447) requesting the production of all filed court documents in the above-styled matter, including CM/ECF docket information (i.e. docket sheet). I also requested production of any other documents or information in your custody that may be relevant to proceedings under 28 U.S.C. § 2255. As I reminded you in the previous letter that I was never provided a copy of the filed court documents.

Unfortunately, as of the date of this letter, I have not received any reply or correspondence from you or your office. I have no other choice but to consider this your DENIAL to assist me with obtaining this information. Your failure to provide all filed court documents may constitute an obstruction of my Consitutional rights of meaningful and effective court-access. Please take this letter as NOTICE that I will proceed accordingly.

Respectfully Submitted,

*Donald R Morgan*

Donald R. Morgan (USMS No. 80886-053)
FCI Hazelton
P.O. Box 5000
Bruceton Mills, WV. 26525

*Mr Morgan*
*I am not permitted to send you sealed CM/ECF documents or your discovery documents. I hope you are well*
*Andy*

Exhibit 1