```
   BUHHG         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    07-27-2021
   PAGE 001 OF                                                     14:19:43
       FUNCTION: L-P SCOPE: REG   EQ 80886-053   OUTPUT FORMAT: SAN
   -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
   DT RCV: FROM _____ THRU _____   DT STS: FROM _____ THRU _____
   DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
   DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
   STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
   SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
   EXTENDED: _ REMEDY LEVEL: _ _              RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
   RCV  OFC : EQ ____    ____    ____    ____    ____    ____
   TRACK:  DEPT: _____ _____ _____ _____ _____ _____
         PERSON: ___    ___    ___    ___    ___    ___
           TYPE: ___    ___    ___    ___    ___    ___
   EVNT FACL: EQ ____    ____    ____    ____    ____    ____
   RCV FACL.: EQ ____    ____    ____    ____    ____    ____
   RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
   RCV QTR..: EQ _____ _____ _____ _____ _____ _____
   ORIG FACL: EQ ____    ____    ____    ____    ____    ____
   ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
   ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




   G0002       MORE PAGES TO FOLLOW . . .
```

```
  REMEDY-ID    SUBJ1/SUBJ2   --------------------ABSTRACT-----------------------
               RCV-OFC    RCV-FACL    DATE-RCV       STATUS     STATUS-DATE

  869605-F1    12EM/        REQ. BACK PAY FOR JOB
               HAF         HAF         07-19-2016     CLD        09-07-2016

  869605-R1    12EM/        REQ. BACK PAY FOR JOB
               MXR         HAF         10-12-2016     CLD        12-01-2016

  885112-F1    18AM/        VISITOR REQUEST
               HAF         HAF         12-08-2016     CLO        12-20-2016

  885112-R1    18AM/        VISITOR REQUEST
               MXR         HAF         01-09-2017     CLD        02-17-2017

  891456-F1    15BM/        REQ. AUTHORIZATION OF A LANGUAGE TRANSLATOR DEVICE
               HAF         HAF         02-09-2017     CLD        03-14-2017

  891458-F1    15GM/        REQ. TO BE PERMITTED TO WEAR RELIGIOUS HEADWEAR
               HAF         HAF         02-09-2017     CLD        03-14-2017

  892192-F1    15GM/        REQ. POLICY BE AMMENDED
               HAF         HAF         02-17-2017     REJ        02-17-2017

  885112-A1    18AM/        VISITOR REQUEST
               BOP         HAF         03-06-2017     CLD        07-19-2017

  919465-F1    25DM/15HM    PROPERTY
               MAR         MAR         10-24-2017     CLO        10-31-2017

  928107-F1    15HM/24CM    HALAL MEAL
               MAR         MAR         01-19-2018     CLD        02-21-2018

  931637-F1    15HM/16AM    PUBLICATION REJECTION
               MAR         MAR         02-22-2018     CLD        07-23-2018

  928107-R1    15HM/24CM    HALAL MEAL
               NCR         MAR         03-05-2018     CLO        04-18-2018

  931637-R1    15HM/16AM    PUBLICATION REJECTION
               NCR         MAR         05-09-2018     CLD        06-26-2018

  928107-A1    15HM/24CM    HALAL MEAL
               BOP         MAR         05-14-2018     REJ        05-22-2018

  928107-A2    15HM/24CM    HALAL MEAL
               BOP         MAR         06-14-2018     CLO        08-10-2018

  931637-A1    15HM/16AM    PUBLICATION REJECTION
               BOP         MAR         07-23-2018     REJ        08-07-2018


  G0002         MORE PAGES TO FOLLOW . . .
```

```
  REMEDY-ID    SUBJ1/SUBJ2   --------------------ABSTRACT-----------------------
               RCV-OFC    RCV-FACL    DATE-RCV       STATUS     STATUS-DATE

  931637-A2    15HM/16AM   PUBLICATION REJECTION
               BOP         MAR         08-21-2018    CLO        10-19-2018

  971561-F1    15HM/20AM   20CM, APPEAL DHO AND RESTORE SANCTIONS
               MAR         MAR         03-20-2019    VOD        03-20-2019

  971602-F1    15HM/20AM   20CM, APPEAL DHO AND RESTORE SANCTIONS
               MAR         MAR         03-20-2019    REJ        03-20-2019

  973428-R1    20BM/       DHO APPEAL CODE 104
               NCR         MAR         04-02-2019    CLD        04-10-2019

  977571-F1    15HM/16BM   PROVIDE LETTER CONTEXT OF CONCERN, ALLOW TO RESEND
               MAR         MAR         05-14-2019    CLD        06-07-2019

  973428-A1    20BM/20CM   12/13/18 DHO APPEAL, CODE 104
               BOP         MAR         05-17-2019    CLD        08-16-2019

  977571-R1    15HM/16BM   PROVIDE LETTER CONTEXT OF CONCERN, ALLOW TO RESEND
               NCR         MAR         06-18-2019    CLD        07-03-2019

  977571-A1    15HM/16BM   PROVIDE LETTER CONTEXT OF CONCERN, ALLOW TO RESEND
               BOP         MAR         08-05-2019    REJ        08-12-2019

  977571-A2    15HM/16BM   PROVIDE LETTER CONTEXT OF CONCERN, ALLOW TO RESEND
               BOP         MAR         08-27-2019    CLD        10-18-2019

  1074304-A1   34AM/       RELIGIOUS BIAS
               BOP         MAR         03-10-2021    REJ        03-26-2021

  1073098-F1   15HM/34EM   INMATES ATTEMPTING TO PROVOKE INMATES
               MAR         MAR         03-17-2021    CLO        03-25-2021

  1073102-F1   15HM/26BM   COVID19 PROCEDURES
               MAR         MAR         03-17-2021    CLO        04-09-2021




                  28 REMEDY SUBMISSION(S) SELECTED
 G0000         TRANSACTION SUCCESSFULLY COMPLETED
```