```
 BUHHG          *         INMATE DISCIPLINE DATA            *      07-27-2021
 PAGE 001       *      CHRONOLOGICAL DISCIPLINARY RECORD    *      14:19:13

 REGISTER NO: 80886-053 NAME..: MORGAN, DONALD RAY
 FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-27-2021

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3196901 - SANCTIONED INCIDENT DATE/TIME: 11-28-2018 1915
DHO HEARING DATE/TIME: 12-13-2018 1034            DHO REPT DEL: 03-29-2019 1038
FACL/CHAIRPERSON.....: MAR/M. DELOIA
APPEAL CASE NUMBER(S): 973428
REPORT REMARKS.......: INMATE WAS FOUND GUILTY OF POSSESSION OF A WEAPON BASED
                       ON THE GREATER WEIGHT OF EVIDENCE.
   104   POSSESSING A DANGEROUS WEAPON - FREQ: 1
         DIS GCT   / 41 DAYS / CS
         COMP:010 LAW:P    41 DAYS DISALLOWANCE OF GOOD CONDUCT TIME.
         DS        / 15 DAYS / CS
                 FROM: 12-28-2018  THRU: 01-11-2019
         COMP:    LAW:      15 DAYS DISCIPLINARY SEGREGATION.
         FF NVGCT  / 41 DAYS / CS
         COMP:010 LAW:P    41 DAYS FORFEITURE OF NONVESTED GOOD CONDUCT TIME.
         LP EMAIL  / 180 DAYS / CS
                 FROM: 01-07-2019  THRU: 07-05-2019
         COMP:    LAW:      180 DAYS LOSS OF E-MAIL.
         LP VISIT  / 180 DAYS / CS
                 FROM: 12-13-2018  THRU: 06-10-2019
         COMP:    LAW:      180 DAYS LOSS OF VISIT.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3196798 - SANCTIONED INCIDENT DATE/TIME: 11-28-2018 1710
DHO HEARING DATE/TIME: 12-13-2018 1030            DHO REPT DEL: 03-29-2019 1030
FACL/CHAIRPERSON.....: MAR/M. DELOIA
REPORT REMARKS.......: INMATE WAS FOUND GUILTY OF ASSAULTING ANOTHER PERSON BAS
                       ED ON THE GREATER WEIGHT OF EVIDENCE.
   224   ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IN3 RFP: D
         DIS GCT   / 27 DAYS / CS
         COMP:010 LAW:P    27 DAYS DISALLOWANCE OF GOOD CONDUCT TIME.
         DS        / 15 DAYS / CS
                 FROM: 12-13-2018  THRU: 12-27-2018
         COMP:    LAW:      15 DAYS DISCIPLINARY SEGREGATION.
         FF NVGCT  / 16 DAYS / CS
         COMP:010 LAW:P    16 DAYS FORFEITURE OF NONVESTED GOOD CONDUCT TIME.
         LP COMM   / 120 DAYS / CS
                 FROM: 01-07-2019  THRU: 05-06-2019
         COMP:    LAW:      120 DAYS LOSS OF COMMISSARY.
         LP PHONE  / 120 DAYS / CS
                 FROM: 01-07-2019  THRU: 05-06-2019
         COMP:    LAW:      120 DAYS LOSS OF PHONE.




G0002       MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 80886-053 NAME..: MORGAN, DONALD RAY
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-27-2021

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3160543 - SANCTIONED INCIDENT DATE/TIME: 08-20-2018 1205
DHO HEARING DATE/TIME: 10-09-2018 1134            DHO REPT DEL: 11-21-2018 1320
FACL/CHAIRPERSON.....: MAR/M. DELOIA
REPORT REMARKS.......: INMATE ADMITTED TO ENCOURAGING OTHERS TO RIOT.
    106   ENCOURAGING OTHERS TO RIOT - FREQ: 1
          DIS GCT    / 41 DAYS / CS
          COMP:010 LAW:P   41 DAYS DISALLOWANCE OF GOOD CONDUCT TIME.
          DS         / 14 DAYS / CS
                 FROM: 10-09-2018  THRU: 10-22-2018
          COMP:    LAW:    14 DAYS DISCIPLINARY SEGREGATION.
          LP COMM    / 90 DAYS / CS
                 FROM: 10-09-2018  THRU: 01-06-2019
          COMP:    LAW:    90 DAYS LOSS OF COMMISSARY.
          LP EMAIL   / 90 DAYS / CS
                 FROM: 10-09-2018  THRU: 01-06-2019
          COMP:    LAW:    90 DAYS LOSS OF E-MAIL.
          LP PHONE   / 90 DAYS / CS
                 FROM: 10-09-2018  THRU: 01-06-2019
          COMP:    LAW:    90 DAYS LOSS OF PHONE.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3066274 - SANCTIONED INCIDENT DATE/TIME: 12-11-2017 1042
DHO HEARING DATE/TIME: 12-15-2017 0953            DHO REPT DEL: 01-09-2018 1502
FACL/CHAIRPERSON.....: MAR/M. PUCKETT
REPORT REMARKS.......: INMATE FOUND GUILTY BASED ON THE GREATER WEIGHT OF EVIDE
                       NCE.
    203   THREATENING BODILY HARM - FREQ: 1 ATI: ON1
          DIS GCT    / 27 DAYS / CC
          COMP:010 LAW:P   27 DAYS DISALLOWANCE OF GOOD CONDUCT TIME.
          LP PHONE   / 90 DAYS / CC
          COMP:    LAW:    90 DAYS LOSS OF PHONE.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3025641 - SANCTIONED INCIDENT DATE/TIME: 07-26-2017 0639
DHO HEARING DATE/TIME: 09-11-2017 1158            DHO REPT DEL: 03-06-2019 1345
FACL/CHAIRPERSON.....: THP/J BRADLEY
REPORT REMARKS.......: I/M PUNCHED ANOTHER I/M
                       WAIVED
    224   ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF2 RFP: D
          DIS GCT    / 27 DAYS / CS
          COMP:010 LAW:P
          LP EMAIL   / 90 DAYS / CS
          COMP:    LAW:
          MON FINE   / 50.00 DOLLARS / CS
          COMP:    LAW:    BAL 147.82




G0002       MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 80886-053 NAME..: MORGAN, DONALD RAY
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 07-27-2021

----------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2928355 - SANCTIONED INCIDENT DATE/TIME: 12-13-2016 1514
DHO HEARING DATE/TIME: 01-25-2017 0925            DHO REPT DEL: 10-19-2017 1215
FACL/CHAIRPERSON.....: HAF/D.HUFF
REPORT REMARKS.......: I/M DENIED CHARGE; 299 M/L 296 MORE APPROPRIATE
    299  DISRUPTIVE CONDUCT-HIGH - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         LP EMAIL   / 120 DAYS / CS
         COMP:    LAW:    RESTORE: 05-24-2017




         G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```