28 Sept 21

To the office of the Clerk of Court:
(attn: Mrs Joy Daniel Deputy Clerk)

I wish to advise you that my lawyer fortunately sent me a copy of your letter to me dated 13 Sept 21 with notification that the government responded and I had 21 days from cert. of service to respond, but the BOP, P.S. Kathy Hill (who handled all of my incoming/outgoing mail, delaying and holding it for days or weeks) have yet to give me that letter??? Praise be to God that she provided me with a response, but I am obviously concerned that shenanigans and crooked actions are happening to derail my motion.

I am in an awkward position pending a transfer to the ADX in Florence, CO while trying to continue to make responses on time lines etc, but Lord willing, I will be en route soon enough. I ask your office, if it is not burdensome, to simply inquire to bop.gov — Inmate Locator using my name Donald Morgan and Reg # 80886053 to verify my location prior to sending future correspondence, this will greatly reduce needless delays or shenanigans. If it reflects USP Marion, then my current addy is needed, but if it reflects ADX (USP Florence) then →

Donald Morgan
80886053
ADX
PO Box 8500
Florence, CO 81226-85

would be necessary. I apologize for the added step, but I would appreciate it.

Also, I sent a letter/motion regarding my motion to provide Discovery that Richard A. M<sup>c</sup>Coppin, my counsel at the time, was in Default as the Motion allowed 30 days to produce to me my entire discovery minus CIPA documents, but I have received no reply for the court, nor the discovery. Can you please advise it's status?

Thank you
Donald Morgan

Also note I placed this mail into the hands of BOP officials to you and OUSA today; 28 sept 21 to be put into USPS mail. I have no control beyond that. My Certificate of Service also states such.