IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DONALD RAY MORGAN
    Petitioner

v.

UNITED STATES OF AMERICA
    Respondent

1:20 cv 96
1:14 cr 194-
1:14 cr 414-1

FILED DEC -2 2021

## MOTION TO DECLARE AND EXTEND

Petitioner submits this motion under Rule 6(b)(1) to extend the deadline for petitioner's objections from 10 December 2021 to 17 December 2021, a (7) day extension.

The Petitioner declares under penalty of perjury that the following is true and correct:

1. The Petitioner received the Magistrate's Judges Order and Recommendation of 10 November 2021 on the late evening of 23 November 2021 by regular mail not marked as "Legal Mail: Open in presence of Inmate" pursuant to Rule 72(b)(2), 6(a)(1), (d) and petitioner's actual date of service on 23 November 2021 and actual deadline is 10 December 2021.

2. The Petitioner intends to file objections and request that this Court recognizes the actual date of service as 23 November 2021 and GRANT the aforementioned (7) day extension until 17 December 2021.

3. Further show of good cause, the Petitioner declares that he was recently transferred to ADMAX Florence and is currently awaiting his personal and legal property specifically related to this case. This could place a burden upon the Petitioner to need more extension of time if property is not provided.

4. The Petitioner will make every attempt to secure his legal property from the BOP/ADX to submit objections in a timely fashion by the aforementioned requested (7) day extension of 17 December 2021.

5. The Petitioner moves this Court to properly mark correspondences with "Legal Mail: Open in Presence of Inmate" to insure he receives it in a timely fashion.

Respectfully Submitted,

Donald Ray Morgan
DONALD RAY MORGAN 80886053
ADX
PO Box 8500
Florence, CO 81226-8500

Executed on 23 November 2021 and submitted to BOP staff for mail in the USPS on 24 November 2021.