FILED: March 14, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-6947 (L)
(1:14-cr-00194-TDS-1)
(1:20-cv-00965-TDS-JLW)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee,

v.

DONALD RAY MORGAN

      Defendant - Appellant.

_____

No. 22-6948
(1:14-cr-00414-TDS-1)
(1:20-cv-00965-TDS-JLW)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DONALD RAY MORGAN

      Defendant - Appellant.

## O R D E R

The court consolidates case Nos. 22-6947 and 22-6948.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk