FILED: May 1, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-6947 (L)
(1:14-cr-00194-TDS-1)
(1:20-cv-00965-TDS-JLW)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DONALD RAY MORGAN

      Defendant - Appellant

_____

No. 22-6948
(1:14-cr-00414-TDS-1)
(1:20-cv-00965-TDS-JLW)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DONALD RAY MORGAN

      Defendant - Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, these appeals are dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK