FILED: October 3, 2023

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————————

No. 22-6947 (L)
(1:14-cr-00194-TDS-1)
(1:20-cv-00965-TDS-JLW)

———————————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DONALD RAY MORGAN

Defendant - Appellant

———————————————

No. 22-6948
(1:14-cr-00414-TDS-1)
(1:20-cv-00965-TDS-JLW)

———————————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DONALD RAY MORGAN

Defendant – Appellant

_____

## O R D E R

_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge Wynn, Judge Quattlebaum, and

Senior Judge Floyd.

For the Court

/s/ Nwamaka Anowi, Clerk