30 oct 23

U.S. DISTRICT COURT
OFFICE OF THE CLERK
324 W. MARKET ST, RM 401
GREENSBORO, NC 27401
RE: MOTION 3582 ; 1:14-cr-00414-TDS ; 1:14-cr-00194-TDS



DEAR CLERK OF COURT:

DESPITE BOP POLICY CLASSIFYING COURT MAIL AS 'LEGAL' AND SPECIAL MAIL, THE ADX CHOOSES TO TREAT IT AS 'REGULAR' MAIL. US ATTY HAIRSTON'S RESPONSE WAS ONLY DELIVERED TO MY CELL ON THE EVENING OF 27 OCT, FRIDAY. THIS IS 16 DAYS FROM ITS POSTMARK OF 11 OCT.

OBVIOUSLY THIS RESTRICTS THE ABILITY TO MEET ANY TIME RESTRAINTS.

HOWEVER, I HAVE MADE EVERY ATTEMPT TO RUSH MY RESPONSE AS QUICKLY AS POSSIBLE FROM MY ACTUAL RECEIVING THE RESPONSE, I AM ASKING FOR A TIME EXTENSION, JUST IN CASE.

PERHAPS YOU CAN CONTACT ADX TO UNDERSTAND WHAT THEIR CRITERIA FOR LEGAL IS. THX

THANK YOU.


DONALD MORGAN 80886053
ADX FLORENCE
PO BOX 8500
FLORENCE, CO 81226