UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

U.S. v. MORGAN - 1:14-cr-414-1-TDS; 1:14-cr-194-1-TDS

SUPPLEMENTAL MATERIAL FOR 3582(c)(1)(a) MOTION

Donald Morgan, Pro Se, presents to this Court the following Supplemental Materials to his pending 3582(c)(1)(a) Motion which was submitted to the Honorable Judge T.D. Schroeder on December 4, 2023. The Supplemental Materials are recent developments over the last 6 months that further support Morgan's request for Compassionate Release and reduction in sentence.

MORGAN CONTINUES FIRST STEP PROGRAMMING

Morgan, with a goal of self-improvement, continues to enroll in and successfully complete FSA programs and courses. As illustrated in his attached "Individualized Needs Plan" - Program Review, he has completed educational courses - "Cultural Halloween" and "History of Egypt" Pt 1 & 2. He completed Health/Wellness course - "Changing Body Composition". In psychology needs, he completed the 4 week course - "KZ Awareness". Lastly, he continues participation in re-entry course - "Parenting". It is worth reiteration to this Court that Morgan does NOT receive all incentives enjoyed by other offenders such as Federal Time Credits due to status/charge of terrorism. Yet, he is pursuing his improvement and rehabilitation as his goal.

ADDITIONAL LETTERS OF SUPPORT / CHARACTER REFERENCE

In addition to the two letters provided by his son and ex-wife, Morgan has received further letters, which may give this Court an insight into who he is today and changes that he has strived to make in preparation for his release.

## MORGAN'S GENERAL LEVEL RECIDIVISM IS LOW

Morgan's First Step Act Recidivism Risk Assessment has decrease to 16 points from 22 resulting in a rating of LOW. Furthermore, Morgan, now 54 years old, lands in the U.S.S.C. recidivism percentile of 12.8% or less. Morgan realizes that reports and studies pale in comparison to the most important evidence, his individual efforts and goals to constantly modify and improve himself. He has taken active steps to moderate himself in his faith pursuing a middle path as well as actively focusing on mentoring and guiding his son. Most importantly, Morgan accepts his wrongdoings in deed and word with regret and remorse to the harms it may have caused many but specifically for his deceased mother and his son. Morgan's 10 years of incarceration has been more than sufficient to change him and deter him from any future mistakes. Morgan is NOT the man that he was 30 years, 10 years nor 5 years ago.

## MORGAN HAS BEEN RECOMMENDED FOR CHALLENGE PROGRAM AND SECURITY LEVEL REDUCTIONS

Morgan's Unit Team and the BoP in recognition of his continued growth and improvements have recommended his transfer from maximum security settings to lower level institutions. This can only be due to his changes and continued steps toward rehabilitation and self-improvement. Moreover, the BoP has approved Morgan to participate in a residential treatment program developed for male offenders in the U.S. Penitentiary (USP) setting called CHALLENGE. In this program, set in a separate housing unit, Individuals will participate in interactive groups and community meetings to channel techniques and methods toward overcoming drug use, mental illness and cognitive behavioural challenges. Morgan recognizes it will only strengthen his belief and resolve to emerge into society, not as a threat or concern but better, productive member who can contribute.

Case 1:14-cr-00414-TDS   Document 61   Filed 06/21/24   Page 2 of 19

## CONCLUSION

This Court has stated that any one issue of a 3582(c)(1)(a) motion may not be able to stand alone for relief, but all factors, in their totality measured alongside who the petitioner is today, can warrant relief. Morgan prays that this Court will see his motion and all extraordinary and compelling reasons coupled with his genuine efforts toward rehabilitation and improvement will grant him relief. Morever, Morgan also prays that this Court recognizes in weighing the 3553(a) factors that Morgan is NOT the man he was 10 years or 5 years ago in his beliefs, characteristics or deed. Morgan is confident that his changes have been possible to a decade of incarceration, personal reflection and strong steps towards rehabilitation. This is only supported by the reports and studies that put Morgan at a 12.8% risk of recidivism, which is LOW. In totality, Morgan, who has a strong support system in place upon his release with his son and ex-wife, would present no danger to the community. In fact Morgan's educational level, various employable skills and stable commitment to growth insures that he would be a productive member of society, not a threat nor burden. Morgans mother succombed to her battle with cancer two years ago in July, and he never got to see her in 10 years, help her nor say goodbye. Another day, month, year or 10 years of imprisonment could be more punishing than that loss. Morgan asks this Court to grant him relief, reduction in sentence or time served that he may have a second chance to be with his son and return to the community as a better man than when he left it.

Respectfully Submitted,        Date: 1 June 2024

*Donald Morgan*

Donald Morgan 80886053

3 of 3

Case 1:14-cr-00414-TDS   Document 61   Filed 06/21/24   Page 3 of 19

# EXHIBITS/ATTACHMENTS

1. Unit Team Individualized Needs Plan - Program Review - most recent review 20 May 2024

2. Unit Team Manger, D. Lazariuk letter of character and performance for Donald R. Morgan 80886053

3. Inmate Letter of Character and support from Khalfan Mohamed

4. Inmate Letter of Character and Support from Sabir Shabazz

5. Inmate Letter of Character and Support from Mohamed Al-Owhali

\* Morgan has spent almost 10 years in specialized Terrorism and Max Security Units, which means inmates around him were also classified on the same levels.
 However, those inmates have been closest to Morgan observing his character, conduct and morals, but their alleged crimes and convictions should not be reason to discredit or reject their character references of Morgan.
 Furthermore, receiving letters from other inmates should not be used to imply Morgan's acceptance or approval of their alleged offenses. These letters are nothing more or less than character references. Additionally, several BoP officer and staff agreed that Morgan was very professional and respectful in his dealings with them and other inmates, but they declined to write letters citing concerns of possible consequences, professional or personally. Morgan prays the few letters from family, inmates and staff will be more than sufficient to portray Morgan before this Court today.

EXHIBITS/ATTACHMENTS



# Individualized Needs Plan - Program Review  (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: MORGAN, DONALD RAY  80886-053

SEQUENCE: 01906938
Team Date: 05-20-2024

| | | |
|---|---|---|
| Facility: | FLP  FLORENCE HIGH USP | Proj. Rel. Date: 05-14-2032 |
| Name: | MORGAN, DONALD RAY | Proj. Rel. Mth: GOOD CONDUCT TIME |
| Register No.: | 80886-053 | DNA Status: BRO12598 / 08-04-2014 |
| Age: | 53 | |
| Date of Birth: | 06-29-1970 | |

## Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

## Inmate Photo ID Status

Full status incomplete - Expiration: null

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FLP | B/A UNASSG | UNIT B/A UNASSIGNED | 11-07-2023 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FLP | ESL HAS | ENGLISH PROFICIENT | 07-17-2015 |
| FLP | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-17-2015 |

## Education Courses

| SubFacl | Action | Description | Start | Stop | |
|---|---|---|---|---|---|
| FLP STPD | C | HISTORY OF EGYPT 2 | 01-29-2024 | 02-12-2024 | ⎫ |
| FLP STPD | C | HISTORY OF EGYPT 1 | 01-12-2024 | 01-26-2024 | ⎬ New Programming |
| FLP STPD | C | CULTURAL HALLOWEEN | 11-27-2023 | 12-11-2023 | ⎭ |
| FLM | C | CHANGING BODY COMPOSITION | 09-04-2023 | 11-27-2023 | |
| FLM | C | ACE ANCIENT CIVIL ASIA MINOR | 07-03-2023 | 09-30-2023 | |
| FLM | C | THE AMERICAN WEST ACE CLASS | 04-03-2023 | 07-01-2023 | |
| FLM | C | BEGINNER STRESS MANAGEMENT | 02-13-2023 | 04-24-2023 | |
| FLM | C | ACE - ENGLISH GRAMMAR | 01-02-2023 | 04-01-2023 | |
| FLM | C | ENJOYING SECOND HALF OF LIFE | 10-31-2022 | 11-21-2022 | |
| FLM | C | FORENSIC HISTORY ACE | 10-03-2022 | 12-31-2022 | |
| FLM | C | SELF STUDY FILM LITERATURE | 10-03-2022 | 11-14-2022 | |
| FLM | C | WELLNESS CLASS | 12-13-2021 | 02-15-2022 | |
| FLM | C | BEGINNING CROCHET | 11-29-2021 | 02-07-2022 | |
| MAR CMU | C | CRIMINAL THINKING #6 | 06-04-2020 | 06-30-2020 | |
| MAR CMU | C | ANGER MGMT #6 | 04-19-2019 | 04-29-2019 | |
| MAR CMU | C | INCARCERATED VETERANS GROUP | 04-03-2019 | 04-19-2019 | |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 10-26-2021 |
| CARE1-MH | CARE1-MENTAL HEALTH | 08-11-2015 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 03-15-2021 |
| NO PAPER | NO PAPER MEDICAL RECORD | 10-26-2021 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 10-26-2021 |
| YES F/S | CLEARED FOR FOOD SERVICE | 10-26-2021 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 06-01-2018 |

 Individualized Needs Plan - Program Review (Inmate Copy)   SEQUENCE: 01906938
Dept. of Justice / Federal Bureau of Prisons   Team Date: 05-20-2024
Plan is for inmate: MORGAN, DONALD RAY   80886-053

## FRP Payment Plan

Most Recent Payment Plan

| FRP Assignment: | COMPLT | FINANC RESP-COMPLETED | Start: 06-21-2018 |
|---|---|---|---|
| Inmate Decision: | AGREED | $25.00 | Frequency: QUARTERLY |
| Payments past 6 months: | $0.00 | | Obligation Balance: $0.00 |

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

## FRP Deposits

Trust Fund Deposits - Past 6 months: $1,549.00    Payments commensurate? Y

New Payment Plan: ** No data **

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 10-28-2021 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 11-20-2023 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 11-20-2023 |
| N-COGNTV N | NEED - COGNITIONS NO | 11-20-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-30-2021 |
| N-EDUC N | NEED - EDUCATION NO | 11-20-2023 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 11-20-2023 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 11-20-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 11-20-2023 |
| N-MEDICL N | NEED - MEDICAL NO | 11-20-2023 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 11-20-2023 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 11-20-2023 |
| N-TRAUMA Y | NEED - TRAUMA YES | 11-20-2023 |
| N-WORK N | NEED - WORK NO | 11-20-2023 |
| R-MED | MEDIUM RISK RECIDIVISM LEVEL | 10-22-2023 |

## Progress since last review

Clear Conduct
Saved $26,961.00
Participates in Parenting
Completed K2 Awareness, History of Egypt, Halloween Celebration and Changing Body Composition   ← *recently added programs*

## Next Program Review Goals

Continue Parenting
Enroll in 1-2 ACE classes
participate in next available Emotional Self Program

## Long Term Goals

Complete Parenting by 01-2025
Complete 2 ACE classes by 12-2024
Complete Emotional Self by 03-2025

## RRC/HC Placement

No.
Management decision - Will review at 17-19 months prior to release.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

Will review 17-19 months prior to PRD



**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex
☑ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

Florence, CO 81226

June 4, 2024

MEMORANDUM TO: WHOM IT MAY CONCERN

FROM: D. Lazariuk, Control Unit Manager

SUBJECT: Inmate Morgan, Donald Ray
Register No.: 80886-053

The above referenced individual has been incarcerated at ADX Florence since October 26, 2021. Inmate Morgan has maintained clear conduct since December 13, 2018. Inmate Morgan has completed multiple courses to include Anger Management, Criminal Thinking, K2 Awareness, Parenting, and 13 education courses. Inmate Morgan continues to follow recommendations of the Unit Team and has a good rapport with staff. He progressed to the ADX Step-Down Unit. Inmate Morgan has since completed the ADX Program and has been recommended for transfer to an appropriate institution commensurate with his security level.

ATTACH 2 - 1 of 1

TO: the Court

May 30, 2024

From: Khalfan Kh. Mohamed, #44623-054

RE: Letter of Support for D.L. Morgan, # 80886-053

Dear Judge:

I write this in support of Mr. D.L. Morgan's (Mr. Morgan) request to this court.

I've known Mr. Morgan since almost two years ago back at ADx-Florence. He and I have been housed in the same units for almost entire of that period. About four months ago, Mr. Morgan and I moved together as cell-mates. Therefore for the entirety of that time; we've been spending between 20-24 hours together daily. In other words, I've experienced and seen from Mr. Morgan that no other human being have since he was first incarcerated for the current sentence in 8/2014.

Mr. Morgan as an "Elder, Grown Man"/ a Care Giver: Even though Mr. Morgan is only about four years older than myself; he has shown himself as much older than that to me. My living together with him has only confirmed my previous observation in that regard. To understand Mr. Morgan's extra ordinary level of compassion, care and desire to help others, the court may need a short introduction concerning myself:

I've been incarcerated since 1999 and serving a life sentence + 40 years. Starting the year 2000 to 2020; I've been meliciously assaulted by some B.O.P. staff. As a result, several of my bones have been broken

and I continue to live with excruciating pain on the broken bones and other areas of my little body (I'm at 5.7). Apart from the physical suffering, I've many ongoing mental issues, and been diagnosed with PTSD. All that as a result of the repeated staff abuses. See the detail of recent assaults: Mohamed v. Jones et al; 1:20-cv-02516-RBJ-MDB (USCA case No. 22-1453; 10th Cir.); Mohamed v. Santisteven et al, 1:21-cv-02676-NYW-MDB.)

My psychological issues include excessive fear from the staff, deep depression, anxiety, lack of remembering things, nightly terrible nightmares..., often accompanied with screaming...etc.

Besides the broken bones and psychology issues, I've other chronic medical issues. Moore relevant here is my long time constipation. This nasty condition forces me stay at restroom area any time between 30-to-50 minutes twice and sometimes three times per day, with little desered result. Additionally, because my stomach is almost always full, I've to pass excessive amount of gasses; day and night.

Here, Mr. Morgan can be seen in the proper context. As a person who lives with me daily; he has to bear all of my nasty and unpleasant stuff. Due to my PTSD; Mr. Morgan has almost on nightly basis to wake up twice or even four times because of my screaming and movings on my bed, above him. He has to convince me that I've to leave our cell for recreation or other reasons and assure me that no officer will assault me... He has to get me talk when I wake up with bad mood and depressed not wanting to talk or interact with any one...

Mr. Morgan, additionally, has to stay on his bed for up to two hours or more as I struggle to use the rest room... And

while I use the rest room and all other times of day and night, Mr. Morgan has to endure that nasty ugly smell... Mr. Morgan, acting as almost, as a father, not only endures that all, but he tries his best to confort me that these issues don't buther him and that he enjoy living with me and helping me out. He endures that in our little windowless cell...

Besides, because, due to my PTSD related conditions, I don't feel to interact with staff so often, Mr. Morgan, as an elder or parent, not a leader, he does that on my behalf when it's necessary to approach the staff.

Additionally, he teaches me English to improve my own, as well, answers my questions regarding my study for the GED exam. Mr. Morgan also, been the only prisoner with college education in the unit, spends his time mostly helping other prisoners, who're just like myself, poorely educated. He helps us in GED questions, filling various administrative papers... and on English Langue.

In sum, I've never seen any one after my own parents who's more compassionate with me than Mr. Morgan. Because of his examplary and unusual behaviors, I've requested the relevant staff here at U.S.P. Florence (who're well aware of my ongoing psychological issues) to transfer me with Mr. Morgan and allow us to continue to be cell-mates at whereever the BOP sends us after the completion of our time here at B/A, step down unit. I only begged him to allow me to go with him because I know I can never find any one else in prison who can endure and tolerate my medical and mental conditions.

**Mr. Morgan as a Father & a Family Man:** As soon as I met Mr. Morgan and talked with him, I learned that if there's any one who matter more to him, is his son. I've never seen in my entire life a parent so concerned & so caring and loving to his child than Mr. Morgan to his son. After I became his cellmate, Mr. Morgan would spend good ammount of time explaining to me his wishes accompanied with efforts - most of which I could my self observed - that his son not only achieve the at most success in his academic dreams, but also become most beneficial member of his family in particular, and most productive member in his society, generally. It is my understand that Mr. Morgan's son, after successfully completed his college education, he's now in preparation to start his next academic leg; the Medical School.

Based on my extensive descussion with Mr. Morgan about his son, my virtually daily observation on his tired-less correspondence and communication via all means available to him; mail, E-mail, phone calls...; with his son..., I realized that the son's academical success and his general wellbeing as an examplary young man, is almost entirely the result of the three hard working individuals Mr. Morgan, his son's mother and the son himself.

Mr. Morgan expressely and on number of occassions informed me that his greatest desire is to go home, join again with his beloved son and live together peacefully as productive members of their society.

Mr. Morgan's love of family does not end with his son alone. As my elder brother, he often asks me of my own family's wellbeing as well. In addition, Mr. Morgan always teaches me the importance of mainting a healthy relationship with family members, relatives and other law-abiding members of the society.

Per my own experience in prison for close to a quarter of century, Mr. Morgan on the above stated regard; care and love for family, is an acception. Most prisoners hardly even respect their own children, parents, or spouses let alone fellow members of their community.

**Mr. Morgan as a Grown Man, spiritually:** Spiritually, I've noticed Mr. Morgan to be a Muslim who trys his best to follow his Religion, via the "middle path". He never treated me or any one else I know in prison; Muslim, no Muslim, with any kind of harshness or otherwise forceful means to impose his desires, demands, or wishes. He never once used his Islamic belief as a pretext or reason to disrespect or abuse any one here. Through his own acts and advices to me, he shows me that if any thing, Islam should lead him into be good and productive member of any society he happened to be in. Mr. Morgan also explained to me that in so viewing things, he benefitted alot from his deep study of Religion accompanied with similar level of thinking and rethinking his recent past. It's due to that deep studying and reflecting Mr. Morgan, as he explained to me on occassions, he certainly concluded that today he's a much better Muslim and member of his society than he was at the time of his arrest, over 10-years ago. He explained to me, further, that if he was in the same level of spiritual growth and knowledge back then as he's now, then he would've never been in violation of the law that he had pleaded guilty for. Back then he lacked the necessary spiritual maturity and knowledge that he now possess.

In my entire life with him-close to two years now, I've never heard or seen Mr. Morgan indicating through any manner, any desire or support for

violence, illegal activity, or otherwise, breaking of the law.

All I've seen, as stated above, is Mr. Morgan as an elder and grown man, care giver, a father & family man, and as grown Muslim man, spiritually.

As I've said above I am the only person who's in position to tell this court about the reality of Mr. Morgan **today**; No one has had a chance to observe Mr. Morgan following his current incarceration as I have. To me, as a prisoner who lived and knew so many other prisoners in my past quarter century in prison, it's as if the prison life doesn't belong to Mr. Morgan, nor Mr. Morgan belongs to prison; especially after serving 10-years of his current sentence.

Therefore, I sincerely and respectfully asks this court to afford Mr. Morgan a second chance. That decision will not only help Mr. Morgan to further grow his understanding of sometimes complex issues often misunderstood by some Muslims, especially new Converts like him, But will also be to the greater benefit of his son, family, and his community as well.

Khalfan Kh. Mohamed<br>
U.S.P. Florence, PO Box 7000<br>
Florence, CO 81226.<br>
Date: May 30, 2024

```
TRULINCS  41119086 - SHABAZZ, SABIR - Unit: FLP-B-A
----------------------------------------------------------------------
FROM: 41119086
TO:
SUBJECT: Letter of Support
DATE: 06/01/2024 09:22:48 AM
```

To whom it may concern:

My name is Sabir Shabazz. I am 33 years old. I am here at Florence Penitentiary in the Step Down Program with Donald Morgan. Prior to this, we were at Florence's Maximum security prison (ADX).

It is hard to find words to express my gratitude to Mr. Morgan. For so many years in the ADX I believed that prison is not the place to seek out friendship. It feels strange to write that Mr. Morgan is my friend.

The first six months I was around him I never saw his face because we were in solitary confinement. Mr. Morgan and I exchanged a few notes back and forth, but even then I knew something was different about him. I am a poet and a PJP student, so I quickly realized the sincerity behind his words, a heartbeat thumping off the pages.

When Mr. Morgan and I entered the first phase of the Step Down Program we became more familiar. The man I came to know turned out to be pretty amazing.

I admire many things about Mr. Morgan. He always adopts a middle, moderate, and regular course in practicing our religious beliefs. I have observed no greater instance of this then in the excellent example he sets for his son, Max.

I grew up in the foster care system. I know how it feels when a father falls short of his parental duties. And yet, I watch Mr. Morgan, day in and day out, strive to be the best father for his child. I have saw him work through the struggles of supporting his biracial, young adult son, who lives in a society beset by ideas that, instead of uniting humanity around belief in one God and our common origins, divide people along racial and nationalistic lines. I have saw how Mr. Morgan encourages his son and the daughter of his son's mother to think for themselves about the importance of individual accountability to God, ourselves, our families and to the beautiful and diverse communities we live in.

Prison is also a very political environment tangibly divided along racial lines. To witness Mr. Morgan push back against these false and negative ideas both inside and outside of prison is truly inspirational. It has helped me to reconsider and understand my own world view and how racism and nationalism are integral to criminal thinking within gangs and criminal activity in general.

Like most incarcerated people, Mr. Morgan has made mistakes and bad decisions. However, it is clear to me that he has done the self work necessary to be a better human. His focus on rehabilitative programs/productive activities and lifting up those around him demonstrates his high regard and respect for people.

I have not been able to benefit from many positive role models over the 14 years I have been incarcerated. Mr. Morgan is not my father. He certainly has room for improvement in his Ping-Pong skills, but I am confident that if this court granted Mr. Morgan a reduction in sentence he would be of great benefit to his community.

Thank you,

Sabir Shabazz
Reg. No. 41119086
U.S. Penitentiary Florence
PO Box 7000
Florence, CO 81226

ATTACH 4 - 1 of 1

TO: The Court

From: Mohamed Alowhali, Reg #42371-054

RE: Letter of Support for D.R. Morgan

Dear the Court:

My name is Mohamed Alowhali, and I have known Donald Morgan ("Morgan") for over seven years now. He and I were housed in the CMU (communication management unit) at U.S.P Marion for about four years or so, and we spent our daily activities together such as exercising, eating, studying, praying, etc.

We have most recently spent the last three and half year together at ADX Florence, which all but the last year was in a solitary confinement setting.

Morgan, per my own long time experience, is a truthful, passionate, loyal friend, and protective, goal oriented, realistic, sincere in his friendship, and make sure not to hasitate saying what is best to his friend. That's even if that may not be what his friend wants to hear.

Morgan always helps when he can, and teaches if he knows. He is older than me with alot of experience from which I have learned a good deal. At the same time, Morgan is humble and seeks to learn from those

Attach 5 - 1 of 3

who are younger than him, and work hard to learn.

In addition, Morgan has something that I found unique about his character; which is his ability to maintain good relationship with his ex-wife, which has a tremendously good effect for his son, Max, whom he loves dearly, and occupies much of his life.

Morgan is an adaptive and developing human being and gives a constant effort to be changing for the better. He strives to move his life in the right direction. The government always refers to his 1997 conviction as manifistation of violence, yet, it was manifistation of the evil of alcohol which he stopped totally as a resvlt of his faith and desciphine.

Furthermore, the government uses Morgan's current conviction as a sign of his an irremeadable extrimism. However, following his pleading guilty and the subsequent incarceration, Morgan has been able to change through seeking a middle path in faith and life.

As a man of faith, Morgan believes that he will be judged by God on the Day of Judgment according to his real intentions and actions, not self ama- zement. He further believes that he always needs to be preparing for that Day on which there will be no second chances. Based on that strong belief,

Morgan always asks himself whether he did and does right things, which testifies to different man than the government demands this court to see him today.

It is my years of my personal relationship and closeness to Morgan that I can attest to his character, changes, and strong love of his faith and son that he should be granted compassionate release, sentence reduction, and relief. Thank you for allowing me to speak on his behalf.

Mohamed Alowhali
U.S.P. Florence, Box 7000
Florence, CO. 81226
June 5, 2024

Attach 5 - 3 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on 10 June 2024, the foregoing document was sent to the Clerk of Court via regular mail, postage paid given to an agent of the BOP to be placed with outgoing mail to the USPS - U.S. Postal Service.

*Donald Morgan*                Date: 10 June 2024
Donald Morgan 80886053
USP Florence High
PO Box 7000
Florence, CO 81226

# DECLARATION OF MAILING

I, Donald Morgan, declare under penalty of perjury pursuant to 28 USC 1746 that the following is true and correct:

On 10 June 2024, I have submitted for mailing my 'Motion of Supplemental Materials' to the appropriate BOP Correctional Staff here in BA Unit at USP Florence - High. The mail is 'Legal Mail' that meets all requirements for such legal mail with sufficient postage and addressed to:

US District Court
Office of the Clerk
324 W. Market St, Rm 401
Greensboro, NC 27401

Dated: 10 June 2024

*Donald Morgan*
Donald Morgan 80886053
USP Florence - High
PO Box 7000
Florence, CO 81226

Declaration of Mailing