Donald R. Morgan 80886053
USP Florence ADX
PO Box 7000
Florence, CO 81226






Denver, CO P&DC 802 ZIP
MON 17 JUN 2024 AM

**RECEIVED**
In This Office
JUN 21 2024
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.
1041 CB

**INSPECTED**

U. S. District Court
Office of The Clerk
324 W. Market St, Room 401
Greensboro, NC 27401

LEGAL MAIL

LEGAL MAIL 10 JUNE 24

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

DATE: JUN 11 2024

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.