UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



U.S. v. MORGAN - 1:14-cr-414-1-TDS; 1:14-cr-194-1-TDS

SUPPLEMENTAL MATERIAL FOR 3582(c)(1)(a) MOTION

May the Court please accept the following letter of support & character reference accidentally omitted from Morgan's recent Motion (dated 1 June/sent 10 June 24).
Letters of Support & Character are vital materials especially in 3582(c)(1)(a) Compassionate Release Motions, and even more important from staff members.


Respectfully Submitted,

Donald Morgan
Donald Morgan 80886-053
USP Florence ADX Sto DN
PO Box 7000
Florence, CO 81226



**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex
Florence, Colorado
☑ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

June 10, 2024

MEMORANDUM FOR: WHOM IT MAY CONCERN

FROM: J. Reddick, Staff Chaplain

SUBJECT: AIC Morgan, Donald, Register No. 80886-053

Within the scope of my employment at the Administrative Maximum Penitentiary (ADX) in Florence, Colorado, I have had the opportunity to serve AIC (Adult in Custody) Morgan register no. 80886-053 through the Chaplaincy Services department. According to our records, Morgan has been a practicing Muslim while with the BOP, since June 9, 2016. During his incarceration at the ADX, he has requested many religious books weekly to advance his Islamic studies, as well as observed the Muslim observance of Ramadan every year, and participated in many Islamic ceremonial meals throughout his time here. Additionally, I have had the privilege of engaging in several conversations about his faith throughout the years. It is my summation, that AIC Morgan has held himself with respect for both staff and inmates alike during his incarceration at the ADX.