IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES<br><br>plaintiff,<br><br>v.<br><br>DONALD MORGAN<br><br>defendant, | No: 1:14-cr-194-1<br><br>1:14-cr-414-1 |



NOTICE OF APPEAL

The defendant, Donald Morgan, hereby gives notice of appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action of 6 September 2024.

Date: 2 Oct 2024

Respectfully submitted,

Donald R. Morgan
Donald Morgan 80886053
USP Florence
PO Box 7000
Florence, CO 81226

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

U.S. v. DONALD MORGAN | 1:14-cr-194-1; 1:14-cr-414-1

DECLARATION OF INMATE FILING
(CERTIFICATE OF SERVICE)

I, Donald Morgan, declare under penalty of perjury pursuant to 28 USC 1746 that the following is true and correct.

1. This Court's Order was received today, 1 Oct 2024, not as legal mail but delayed social mail, which is not according to BOP Program statement 5265.14 and caused unnecessary delay in my notice of appeal.

2. Now, on 2 October 2024, I have submitted for mailing my Notice of Appeal to the appropriate BOP Correctional Staff here in BA Unit at USP Florence. The mail is 'Legal Mail' that meets all requirements to include sufficient First Class postage and addressed to:

U.S. District Court
Office of Clerk
324 W. Market St, RM 401
Greensboro, NC 27401

Date: 2 Oct 24

Donald R Morgan
Donald Morgan 80886053

1 of 1