FILED: March 5, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6978 (L)
(1:14-cr-00414-TDS-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DONALD RAY MORGAN

      Defendant - Appellant

_____

O R D E R

_____

The court strictly enforces the time limits for filing petitions for rehearing and petitions for rehearing en banc in accordance with Local Rule 40(c). The petition in these cases is denied as untimely.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk