

FILED
IN THIS OFFICE
APR 2 4 2026
Clerk U.S. District Court
Greensboro
BY

UNITED STATES OF AMERICA | 

|

v.            | CASE NO. 1-14: cr - 194-1-TDS

                  |          1-14: cr - 414-1-TDS

|

DONALD RAY MORGAN | 

|

## LETTER MOTION TO JUDGE T.D. SCHROEDER

   Your Honor, this letter is to ask the court to consider the following that this court be moved to amend my sentence from Consecutive to CONCURRENT.

I recognize and understand the serious nature as well as the political optics of my case, and I am aware of any scrutiny that you could possibly receive for granting relief to me.

   This court denied my 3582 Compassionate Release citing that if extraordinary & compelling reasons existed or not, any relief must be denied due to 3553(a) factors. Although I do not wish to squander this opportunity to address your Honor, it must be reiterated that the data of more recent 2339b cases have resulted in more lenient sentences even for defendants with multiple counts and more egregious conduct than I did. However, I am before this court today to say that I erred in many of my statements, positions, conduct and was responsible.

   As I presented to the court in my 3582, I have taken real, tangible and significant steps in reforming myself in my faith, mind and body. There is significant evidence of rehabilitative factors that this court acknowledged, but I am asking this court to not take my plea and statements

Case 1:14-cr-00414-TDS   Document 76   Filed 04/24/26   Page 1 of 4

as evidence for supporting your granting relief to me. My words and evidence may not move this court to grant an atom's weight of relief to me, but I am asking this court to give due dilegence and investigation in its consideration of any relief by speaking directly to those officials who have analyzed, monitored and surveyed my every phone call, letter, email, officer interactions etc for over 10 years. These are the officials and staff who are best suited to advise this court if I have sincerely changed, if I am a danger to the public, if I deserve an opportunity to pursue a productive and positive life with my son in the community. Your honor, it is these officials who have unanimously agreed to reduce my security level from MAX Custody to LOW. They are the ones who unanimously agreed to move me from ADX Florence to CMU Cumberland and now with LOW security status to FCI Butner as a regular inmate with assurances that I could join the LOW institution in 6 months. Your honor this team which has given me this opportunity solely due to my real changes, acceptance of wrongdoing and a commitment to move forward in a positive way is Asst Director of CPD, Mr. Blankenship; CTU Chief Mr Simmons, CTU analyst Mr. Chapman, Warden of CMU Cumberland, Mrs. Bayless, CMU IRS, Mr. Preston, CMU Unit Mgr, Mrs. Fazenbaker, CMU Case Mgr, Mrs. May and CMU counselor Mr. Hunt. Moreover, since my arrival to FCI Butner, I have had the support of SIS officer Woglom.

Your honor I am not asking you to consult every person mentioned above, but I ask you to speak to CTU Chief Mr Simmons and CTU analyst Mr. Chapman. They have watched me directly for 10 years and know my life, my son's life inside and out. I will trust them to make a recommendation to your Honor, and if they verify my character, sincere changes and rehabilitation then I humbly ask your Honor to trust them too. I ask you to amend my sentences to run CONCUERRENTLY, which is

Case 1:14-cr-00414-TDS    Document 76    Filed 04/24/26    Page 2 of 4

not immediate release, but it will give me a real opportunity to be a significant part of my sons life and be a positive member of my community.

Your honor, I gave my word to all of those officials mentioned above and others not mentioned herein but believed in me and supported me that I will not do or say anything harmful nor jeopardize the opportunities presented to me. I have changed and bettered myself Judge Schroeder, and I am not asking you to take my word for it sir. Ask the highest officials whose word and recommendations that you can trust. please. I give you my solemn word that I will not falter given an opportunity to reunite with my son and the community. Lord willing, after speaking to CTu Chief Mr. Simmons and CTu analyst Mr. Chapman and any of the others at the CMU Cumberland, you will grant me relief even if it is only running my sentences CONCURRENT.

I would provide more contact information for these officials and to be honest friends to me, but I can't have it. So, I trust this court's staff can quickly place your honor in contact with all of them.

I thank you Judge Schroeder for your time and sincere consideration.

Respectfully submitted,

*Donald Morgan*
Donald Morgan B0886053
FCl Butner Medium II
Po Box 1500
Butner, NC 27509

10 April 2026

3 of 4

CTU Chief Mr. Simmons         located in W.V. office

CTU Analyst Mr. Chapman       located in w.v. office

Warden FCI Cumberland         Mrs. Bayless
CMU Cumberland Intel Research Specialist   Mr. Preston
CMU Unit Mgr                  Mrs Fazenbaker
CMU Case Mgr                  Mrs May
CMU Counselor                 Mr. Hunt

FCI Butner II   SIS officer   Mr. Woglom